UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20701-CR-COOKE/GOODMAN

UNITED STATES OF AMERICA

vs.

RAONEL VALDEZ VALHUERDIS,

       **Defendant.**

_____/

**FACTUAL PROFFER**

Had this case proceeded to trial, the Government would have proved beyond a reasonable doubt that the following facts occurred in Miami-Dade County, in the Southern District of Florida and elsewhere:

From at least September 1, 2012 or earlier, and continuing to at least October 12, 2012, or later Jean Marrero Lara (LARA), Raonel Valdez Valhuerdis (R. VALHUERDIS), Alfredo Kindelan Hernandez (HERNANDEZ), Leonardo Garcia-Morales (MORALES) and additional unnamed associates, participated in a conspiracy to acquire property by robbery Miami, Florida and elsewhere.

On September 30, 2012, LARA, R. VALHUERDIS, HERNANDEZ, MORALES, and others, attempted to conduct a home invasion robbery with a firearm of a marijuana growhouse in Miramar, Florida. R. VALHUERDIS participation in the attempted robbery was in part confirmed by his GPS monitor issued due to proceedings in a State of Florida prosecution which was pending trial. In the course of the home invasion a firearm was brandished against a victim. During the attempted robbery, MORALES was shot and paralyzed by a victim. The parties agree that the

homeowner's residence had been mistakenly targeted by the organization. The parties stipulate that the attempted armed robbery of a marijuana growhouse would have effected interstate commerce had the plan been successful.

On October 12, 2012, LARA, R. VALHUERDIS, HERNANDEZ, and others, successfully conducted a robbery with a firearm of a gold courier in Coral Gables, Florida. The parties stipulate the gold taken during the robbery was worth over $2,000,000 but not more than $2,800,000 at the time. R. VALHUERDIS' participation in the gold courier robbery was in part confirmed by his GPS monitor issued due to proceedings in a State of Florida which were pending trial. During the gold courier robbery, the group utilized and brandished firearms. The parties stipulate that the gold courier robbery effected interstate commerce in that the victim courier was transporting gold moved and sold across state and international lines.

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

Date: 4/9/18    By: _____
IGNACIO J. VÁZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

Date: 4/9/18   By: _____
ANA M. JHONES, ESQ.
ATTORNEY FOR DEFENDANT

Date: 4/9/18   By: _____
RAONEL VALDEZ VALHUERDIS
DEFENDANT